ANN CAMPION ET AL. *v.* KATHLEEN S. SHIELDS ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 27 Conn. App. 903, is denied.

*William F. Gallagher,* in support of the petition.

*Terence A. Zemetis* and *Edward T. Falsey,* in opposition.

Decided May 6, 1992

STATE OF CONNECTICUT *v.* DAVID JOHNSON
STATE OF CONNECTICUT *v.* DIANE MCINTOSH

The defendants' petition for certification for appeal from the Appellate Court, 26 Conn. App. 553, is denied.

*Louis S. Avitabile,* special public defender, in support of the petition.

*Timothy J. Sugrue,* assistant state's attorney, in opposition.

Decided May 6, 1992